**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-cv-22149-KMM**
**(Consolidated with Case No. 1:23-cv-20503)**

TERESE THOMAS *et al.*, individually
and on behalf of all others similarly situated,

     Plaintiffs,

v.

IT'S A NEW 10, LLC d/b/a IT'S A 10
HAIRCARE,

     Defendant.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiffs Terese Thomas ("Thomas"), Melanie Gerard ("Gerard"), Jolie Hamilton ("Hamilton"), Deborah Manning ("Manning"), and Elizabeth Nelson ("Nelson"), through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss this action. This dismissal is ***with prejudice*** as to the claims of Thomas, Gerard, Nelson, and Manning and ***without prejudice*** as to the claims of Hamilton, with the parties to pay their own respective attorneys' fees and costs incurred in connection with this action.

          Respectfully Submitted,

Dated: July 20, 2023         */s/ Rachel Soffin*_____
          Rachel Soffin
          **MILBERG COLEMAN BRYSON**
          **PHILLIPS GROSSMAN PLLC**
          800 S. Gay Street, Suite 1100
          Knoxville, TN 37929
          Tel: (865) 247-0080
          Fax: (865) 522-0049
          Florida Bar No. 18054
          rsoffin@milberg.com

**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Tel: (612) 389-0600
Melissa S. Weiner
Admitted Pro Hac Vice
mweiner@pwfirm.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
825 Lowcountry Blvd., Suite 101
Mount Pleasant, SC 29464
Tel: (919) 600-5000
Admitted Pro Hac Vice
hsegui@milberg.com

**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
900 W. Morgan Street
Raleigh, NC 27603
Tel: (919) 600-5000
Admitted Pro Hac Vice
eruben@milberg.com

*Counsel for Terese Thomas, Melanie Gerard, Deborah Manning, and Elizabeth Nelson*

Dated: July 20, 2023

By: */s/ Allen P. Pegg*
Allen P. Pegg
**HOGAN LOVELLS US LLP**
Florida Bar No. 597821
600 Brickell Avenue Suite 2700 Miami, Florida 33131
T: (305) 459-6500
F: (305) 459-6550
allen.pegg@hoganlovells.com

Robert C. Leitner
Florida Bar No. 0769231
600 Brickell Avenue, Suite 2700
Miami, Florida 33131
T: 305-459-6500
F: 305-459-6550
robert.leitner@hoganlovells.com

Robert B. Miller
**ROBERT B. MILLER LAW, LLC**
Florida Bar No. 305685
960 Alton Road Miami Beach, FL 33139
T: 305-384-7322
F: 305-430-6065
bob@robertbmillerlaw.com

*Attorneys for Defendant It's a New 10, LLC d/b/a It's a 10 Haircare*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of July, 2023, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Rachel Soffin*
Rachel Soffin